NDFL Prob 35                                                  Report and Order Terminating Probation/
(1/92)                                                          Supervised Release
                                                             Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                         Crim. No. 3:98cr63-002 RV

JOHN T. RENICK

      On August 10, 2005, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that John T. Renick be discharged from Supervised Release.

                                                          Respectfully submitted,

                                                          Francine Ware
                                                          United States Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this   22   day of   Oct  , 2007.

                                                          The Honorable Roger Vinson
                                                          Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 OCT 22 PM 1:10

FILED